**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

```
UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
v.                             )      No. 05-30170-WDS
                               )
CASEY HALL,                    )
                               )
        Defendant.             )
```

**ORDER**

Defendant's Motion to Modify Terms of Bail is hereby granted.  Mr. Hall is allowed to travel outside the state of Illinois but must return immediately following the game or midnight, whichever is sooner and advise his probation officer of his whereabouts and how he can be reached if necessary.

Date: June 1, 2006.                    /s/ David   RHerndon
                                       United States Judge